UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD McBEE,

      Plaintiff,

v.                                                              Case No.  8:04-cv-353-T-24 TGW

COACHMAN RECREATIONAL
VEHICLE COMPANY, LLC,

      Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant Coachman's Motion to Revoke Marshall Meyers' and Jack Gunn's Special Admission to Practice in the Middle District of Florida. (Doc. No. 97). The Court addressed this motion at the pretrial conference that was held on September 21, 2005. Meyers and Gunn were directed to appear at the pretrial conference, but they did not attend. (Doc. No. 99).

In their response to the motion (Doc. No. 103), Meyers and Gunn state that they did not attend the September 8, 2005 pretrial conference, and they would not attend the September 21, 2005 pretrial conference, due to financial considerations and due to naming local counsel as lead trial counsel. Meyers and Gunn stated that if they were required to attend the pretrial conference on September 21, 2005, they would acquiesce to their *pro hac vice* status being revoked. The Court did not excused Meyers' and Gunn's attendance at the pretrial conferences, and as such, the Court determines that their *pro hac vice* status should be revoked.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Coachman's Motion to Revoke Marshall Meyers' and Jack Gunn's Special Admission to Practice in the Middle District

of Florida (Doc. No. 97) is **GRANTED**, and the Clerk is directed to terminate Meyers and Gunn from the docket sheet.

      **DONE AND ORDERED** at Tampa, Florida, this 23rd day of September, 2005

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record